# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1582 - PGS Geophysical AS v. WesternGeco L.L.C.

## Brief of Appellant PGS Geophysical AS

## <u>ORDER</u>

The foregoing, having been received and examined, is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the service date of the original version, not the corrected version.


                                        FOR THE COURT


June 19, 2017                           /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court




cc: William H. Burgess
Katherine Dorothy Cappaert
Timothy Gilman
Michael Kiklis
John C. O'Quinn
Christopher Ricciuti
Leslie M. Schmidt

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1582 - PGS Geophysical AS v. WesternGeco L.L.C.

The Brief of Appellant PGS Geophysical AS has been rejected for following reason:

- The brief does not contain the judgment, order, or decision in question, and any opinion, memorandum, or findings and conclusions supporting it, as an addendum placed last within the brief. Fed. Cir. R. 28(a)(11)